IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

      Plaintiff,              No. CIV S-06-0748 DFL KJM P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.        <u>ORDER</u>

                              /

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 18, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 8, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: February 6, 2007.

                                         U.S. MAGISTRATE JUDGE

2
will0748.36

1