IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

    Plaintiff,                                No. CIV S-06-0748 RRB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                    <u>ORDER</u>

/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On April 25, 2007, this court recommended that this action be dismissed as a result of plaintiff's failure to file his third amended complaint. Plaintiff has filed objections, asserting that he had not received the order dismissing his second amended complaint with leave to amend.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The findings and recommendations of April 25, 2007 are hereby vacated; and

        2. Plaintiff is given thirty days in which to file a third amended complaint, limited to fifteen pages. Plaintiff is cautioned that failure to comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: July 26, 2007.

2/will0748.vf&r

_____
U.S. MAGISTRATE JUDGE

1