IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

     Plaintiff,                    No. CIV S-06-0748 RRB KJM P

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 8, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

DATED: August 16, 2007.

                                          U.S. MAGISTRATE JUDGE

/will0748.36(3)