1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD WILLIAMS,

11            Plaintiff,              No. CIV S-06-748 RRB KJM P

12       vs.

13   COUNTY OF SACRAMENTO, et al.,

14            Defendant.              <u>ORDER</u>

15   _____/

16            Plaintiff is a state prison inmate proceeding pro se with a civil rights action under

17   42 U.S.C. § 1983.  On August 16, 2007, the court granted plaintiff's request for additional time

18   in which to file his third amended complaint.

19            On September 10, 2007, plaintiff wrote to the court, explaining that CDCR had

20   lost his legal documents, rendering it impossible for him to meet the deadline for filing his

21   amended complaint.  He explained that CDCR had agreed to pay the costs of replacing the

22   documents and asked for a stay of the proceedings until his documents are replaced.

23   /////

24   /////

25   /////

26   /////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  The case is stayed pending plaintiff's receipt of his legal materials;

3          2.  Plaintiff is directed to file status reports every sixty days until his legal

4    materials are returned; failure to do so will result in a recommendation that the action be

5    dismissed; and

6          3.  When plaintiff receives his legal materials, he must notify the court by filing a

7    motion to lift the stay along with his third amended complaint.

8    DATED:  October 12, 2007.

9                                                              _____

                                                              U.S. MAGISTRATE JUDGE

10   2

11   will0748.eot