IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

    Plaintiff,               No. CIV S-06-0748 RRB KJM P

   vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.          ORDER

_____/

      On October 15, 2007, the court stayed this case upon plaintiff's request, but directed plaintiff to file status reports every sixty days. The court warned plaintiff that his failure to do so would result in a recommendation that the case be dismissed.

      Plaintiff has failed to file a status report. He is directed to show cause why this action should not be dismissed.

      IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff show cause why the stay issued on October 15, 2007 should not be lifted.

DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

2 will0748.osc

1