IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

    Plaintiff,                    No. Civ S-06-0748 RRB KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             <u>ORDER</u>

          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On December 18, 2006, this court dismissed plaintiff's second amended complaint and gave plaintiff leave to file a third amended complaint, limited to fifteen pages.

          Plaintiff received several extensions of time to comply with the court's order. On September 10, 2007, plaintiff informed the court that the Department of Corrections and Rehabilitation (CDCR) had lost the legal materials from this case and would pay for copies of the materials. In response, the court stayed the matter, directing plaintiff to file status reports on his negotiations with the CDCR to have the materials replaced.

          On February 1, 2008, the court directed plaintiff to show cause why the action should not be dismissed for his failure to file a status report. In response, plaintiff filed a status report on February 8, reporting that he had attempted to secure an estimate of the cost of copying

1 the file so he could provide this information to CDCR. He noted that he had written to the court
2 and had been told that the Clerk's Office does not make copies.
3 　　　　　The relevant portions of the court's file are the following: the original complaint,
4 the first amended complaint, the second amended complaint, and the court's dismissal of the
5 second amended complaint with leave to amend, a total of 81 pages. If the materials are copied
6 at a cost of $0.50 a page, the total copying costs would be $40.50. The court has not determined
7 the cost of postage; it is likely that the total cost for copying and mailing would not exceed
8 $50.00.
9 　　　　　IT IS THEREFORE ORDERED that:
10 　　　　　1. The order to show cause (docket no. 41) is vacated;
11 　　　　　2. Plaintiff is directed to provide the cost estimates to CDCR; and
12 　　　　　2. Plaintiff is directed to file a further status report within thirty days of the date
13 of this order and at thirty day intervals thereafter.
14 DATED: April 4, 2008.
15 
16 　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

2