IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

        Plaintiff,                   No. CIV S-06-748 JAM KJM P

    vs.

COUNTY OF SACRAMENTO, et al,

        Defendants.        ORDER

_____/

        Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed November 24, 2008, the previously entered stay was lifted and plaintiff was given leave to file his third amended complaint. Plaintiff has now filed his third amended complaint.

        The third amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Fourth and Fourteenth Amendment claims and his pendent state law claims.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Sacramento County Probation Office, Sacramento County District Attorney's Office, Sienna Riffia, Suzanne Salazar, Terry Carter, D. Walker, and A. Hocking.

2. The Clerk of the Court shall send plaintiff seven USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed January 23, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Eight copies of the endorsed third amended complaint filed January 23, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 18, 2009.

_____
U.S. MAGISTRATE JUDGE

2
will0748.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILLIAMS,

        Plaintiff,                     No. CIV S-06-748 JAM KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,      NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                             Amended Complaint

DATED:

                                        _____
                                        Plaintiff